## PETER FELIX *versus* GABRIEL GODFROY

JOURNAL ENTRIES (1818): *Journal 2:* (1) Discontinued *p. 595; (2) discontinued *p. 599.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.

*Office Docket*, MS p. 50, c. 2.

## BENJAMIN WOODWORTH *versus* JOHN C. POTTER AND BENJAMIN CHITTENDEN, MERCHANTS IN COMPANY TRADING UNDER THE FIRM OF JOHN C. POTTER AND COMPANY

JOURNAL ENTRIES (1818–22): *Journal 2:* (1) Special bail *p. 595; (2) bail discharged, cognovit, judgment *p. 645. *Journal 3:* (3) Rule to show cause against sale of notes *p. 380.

PAPERS IN FILE: (1) Capias and return; (2) affidavit for attachment; (3) writ of attachment and return; (4) transcript of recognizance and discharge of bail; (5) declaration; (6) bill of costs; (7) writ of fi. fa. and return; (8) precipe for fi. fa.; (9) alias fi. fa. and return.

*Office Docket*, MS p. 56, cases 1 and 2.